# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2198

_____

Harold R. Stanley,

        Appellant,

v.

Honorable Jack Grate; Lester Wight;
Marcia E. Stanley,

        Appellees.

\*    Appeal from the United States
\*    District Court for the
\*    Western District of Missouri.

\*        [UNPUBLISHED]

_____

Submitted: March 5, 2010
Filed: March 24, 2010

_____

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Harold R. Stanley appeals the district court's[1] separate orders dismissing his civil complaint. After careful review of the record and the parties' briefs, we conclude that dismissal was proper for the reasons stated in the district court's orders. We affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.